UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                         Criminal No. 11-cr-25-01-JL

<u>Larry Layne</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted; continuance is limited to 60 days. Defense counsel is reminded, however, of the court's preference that such motions be filed further in advance of the final pretrial conference. Last minute filings like this one create extra, unnecessary work for court personnel. Final Pretrial is rescheduled to June 23, 2011 at 10:30 AM; Trial is continued to the two-week period beginning July 6, 2011, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                              /s/ Joe Laplante
                                              _____
                                              Joseph N. Laplante
                                              United States District Judge

Date: April 18, 2011

cc: Jonathan Saxe, Esq.
    Clyde R. W. Garrigan, Esq.
    U.S. Marshal
    U.S. Probation